ZENAS W. MITCHELL, Appellant, *v.* CHARLES H. MITCHELL et al., Respondents.

(Argued January 16, 1879; decided April 8, 1879.)

Reported below 16 Hun, 97.

*J. S. L'Amoreaux* for appellant.

*W. B. French* for respondent.

AGREE to affirm without opinion.

CHURCH, Ch. J., FOLGER, ANDREWS and EARL, JJ., concurring; RAPALLO, J., reads dissenting opinion for reversal of General Term and affirmance of decree of surrogate; MILLER and DANFORTH, JJ., concur.

Judgment affirmed.